UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

                                                           Case No.
                              Plaintiff,

     -against-

                              Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐     I have cases pending                    ☐     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

    ☐     An attorney
    ☐     A Government Agency attorney
    ☐     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_____
              FIRM ADDRESS:_____
              FIRM TELEPHONE NUMBER:_____
              FIRM FAX NUMBER:_____

NEW FIRM:     FIRM NAME:_____
              FIRM ADDRESS:_____
              FIRM TELEPHONE NUMBER:_____
              FIRM FAX NUMBER:_____

**ADDRESS CHANGE ONLY**

    ☐     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                         _____
                                                ATTORNEY'S SIGNATURE