UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
  BRIAN MORLEY,                                     :

                         Plaintiff,           :
                                            : No. 25-cv-2563-RA
                 v.                              :

JOHN OLIVER and PARTIALLY IMPORTANT   :
PRODUCTIONS, LLC,
                                           :
                       Defendants.         :
------------------------------------- X

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated May 30, 2025, and the declaration of Michael Berry and exhibits thereto, Defendants John Oliver and Partially Important Productions, LLC hereby move this Court, before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for judgment pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint alleging defamation by Defendants in its entirety and with prejudice, for failure to state a claim upon which relief can be granted, and for attorney's fees and costs pursuant to N.Y. Civ. Rights L. § 70-a(1)(a).

| | |
|---|---|
| Dated: May 30, 2025 | Respectfully submitted, |
| | BALLARD SPAHR LLP |
| | By: */s/ Michael Berry* |
| | Michael Berry |
| | Elizabeth Seidlin-Bernstein |
| | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103 |
| | Tel: (215) 665-8500 |
| | Fax: (215) 864-8999 |
| | berrym@ballardspahr.com |
| | seidline@ballardspahr.com |
| | |
| | Sasha Dudding (application pending) |
| | 1675 Broadway, 19th Floor |
| | New York, NY 10019 |
| | Tel: (212) 223-0200 |
| | Fax: (212) 223-1942 |
| | duddings@ballardspahr.com |
| | |
| | *Attorneys for Defendants John Oliver and Partially Important Productions, LLC* |