**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
 BRIAN MORLEY,                                       :
                                                     :
                              Plaintiff,             :
                                                     :   No. 25-cv-2563-RA
                   v.                                :
                                                     :
JOHN OLIVER and PARTIALLY IMPORTANT                  :
PRODUCTIONS, LLC,                                    :
                                                     :
                              Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

## DECLARATION OF MICHAEL BERRY

MICHAEL BERRY, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am a partner at the law firm of Ballard Spahr LLP, counsel for Defendants John Oliver and Partially Important Productions, LLC in the above-captioned action.  I submit this declaration to place certain documents before the Court in support of Defendants' Motion to Dismiss.

2.      Annexed hereto as **Exhibit A** is a true and correct copy of the April 14, 2024 episode of *Last Week Tonight with John Oliver* titled "Medicaid" (the "Episode").  A watermark and time codes have been added to the video.

3.      Annexed hereto as **Exhibit B** is a true and correct copy of a report published by the Iowa Office of Auditor of State on October 20, 2021 titled "Report on a Review of Medicaid Member Appeals and Managed Care Organization Contract Compliance," which is available at https://www.auditor.iowa.gov/reports/file/66425.pdf.

4.      Annexed hereto as **Exhibit C** is a true and correct copy of an audio recording of the May 25, 2017 hearing before Administrative Law Judge Charles B. Tarvin of the Iowa Department of Inspections and Appeals in the administrative proceeding captioned *Nathan*

1

*McDonald v. Iowa Department of Human Services*, Appeal No. 17006779 (the "McDonald Administrative Proceeding").

5.      Annexed hereto as **Exhibit D** is a true and correct copy of the June 12, 2017 Proposed Decision by Administrative Law Judge Tarvin in the McDonald Administrative Proceeding.

6.      Annexed hereto as **Exhibit E** is a true and correct copy of the August 4, 2017 Final Decision by Iowa Department of Human Services Director Jerry R. Foxhoven adopting the Proposed Decision in the McDonald Administrative Proceeding.

7.      Annexed hereto as **Exhibit F** is a true and correct copy of the September 1, 2017 Petition filed by Nathan McDonald in the court proceeding captioned *Nathan McDonald v. Iowa Department of Human Services*, No. CVCV54836 (Polk Cnty. Dist. Ct. Iowa) (the "McDonald Court Proceeding").

8.      Annexed hereto as **Exhibit G** is a true and correct copy of Petitioner Nathan McDonald's Brief in Support of His Petition for Judicial Review filed on November 9, 2017 in the McDonald Court Proceeding.

9.      Annexed hereto as **Exhibit H** is a true and correct copy of Respondent Iowa Department of Human Services' Brief in Resistance to Petitioner's Petition for Judicial Review filed December 11, 2017 in the McDonald Court Proceeding.

10.     Annexed hereto as **Exhibit I** is a true and correct copy of the January 25, 2018 Joint Motion to Continue filed by Petitioner Nathan McDonald and Respondent Iowa Department of Human Services in the McDonald Court Proceeding.

11.     Annexed hereto as **Exhibit J** is a true and correct copy of the February 21, 2018 Dismissal with Prejudice filed by Petitioner Nathan McDonald in the McDonald Court

Proceeding.

12.     Annexed hereto as **Exhibit K** is a true and correct copy of an article written by Jason Clayworth and published by the Des Moines Register on January 14, 2018 titled "'An endemic problem'?."

13.     Annexed hereto as **Exhibit L** is a true and correct copy an article written by Jason Clayworth and published by the Des Moines Register on February 9, 2018 titled "An Iowa Medicaid patient who was denied care because he could be 'a little dirty' wins in the end."

14.     Annexed hereto as **Exhibit M** is a true and correct copy of an August 26, 2018 video published on YouTube by Al Jazeera's AJ+ titled "What Happens When You Privatize Medicaid?," which is also available at https://www.youtube.com/watch?v=8m8uJMscG1w.

15.     Annexed hereto as **Exhibit N** is an Appendix listing the specific statements challenged in the Complaint, the time codes to which they correspond in the Episode, and the applicable grounds for dismissal.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on May 30, 2025                               /s/ Michael Berry
Philadelphia, Pennsylvania                             Michael Berry