# Exhibit C

This audiovisual exhibit cannot be filed electronically. An FTP link to the exhibit has been provided to the Court and all counsel of record.