# Exhibit I

E-FILED  2018 JAN 25 1:49 PM POLK - CLERK OF DISTRICT COURT

### IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| NATHAN MCDONALD, <br><br> Petitioner, <br><br> v. <br><br> IOWA DEPARTMENT OF HUMAN SERVICES, <br><br> Respondent. | Case No. CVCV054836 <br><br><br> **JOINT MOTION TO CONTINUE HEARING DUE TO DEVELOPMENT WITH MCO AMERIHEALTH** |

COME NOW Petitioner, Nathan McDonald, by and through his undersigned counsel, and Respondent, Iowa Department of Human Services, and in support of their Joint Motion to Continue Hearing Due to Development with MCO AmeriHealth, state to the Court as follows:

1.     Petitioner Nathan McDonald filed this Petition for Judicial Review seeking district court review of DHS's approval of Managed Care Organization AmeriHealth's decision to deny a request for preauthorization of home health aide visits.

2.     Iowa Home Care, on behalf of McDonald, had sought approval of one skilled nursing visit and 120 home health aide visits for the time period of December 13, 2016 to February 10, 2017.  AmeriHealth approved one skilled nursing visit and only 50 home health aide visits, and denied the remaining 70 home health aide visits.

3.     A hearing is set on this matter for Friday, January 26, 2018 at 10 a.m.

4.     On Wednesday, January 24, 2018, AmeriHealth reconsidered its decision and approved the remaining 70 home health aide visits, for a total of 120 home health aide visits during the time period at issue.  (See 01/24/2018 Letter from AmeriHealth Caritas, attached as Exhibit A).  Iowa Home Care was instructed to submit a payment request for these home health aide visits.

#2927773

E-FILED  2018 JAN 25 1:49 PM POLK - CLERK OF DISTRICT COURT

5.      DHS does not object to AmeriHealth's decision to approve the requested visits and process payment.

6.      Given this recent development, the Parties ask the Court to stay this matter and the hearing scheduled Friday.  The Parties anticipate that payment will be processed by AmeriHealth and this matter will be fully resolved, at which point it will be dismissed.  The Parties request that the Court allow the Parties thirty (30) days, by which to provide the Court with a status report on this matter if it has not yet been dismissed.

WHEREFORE, the Parties ask that the Court stay this matter and the hearing scheduled for Friday January 26, 2018 at 10 a.m. and order the Parties to file a status report within thirty (30) days of its order if it has not yet been dismissed.

/s/ Sarah E. Crane
Sarah E. Crane                    AT0010225
Judith R. "Lynn" Böes             AT0001049
Abhay M. Nadipuram                AT0011947
DAVIS, BROWN, KOEHN,
SHORS & ROBERTS, P.C.
215 10th Street, Suite 1300
Des Moines, IA  50309
Telephone: 515-246-7834
Facsimile: 515-471-7834
E-mail: SarahCrane@davisbrownlaw.com
        LynnBoes@davisbrownlaw.com
        AbhayNadipuram@davisbrownlaw.com

ATTORNEYS FOR PETITIONER NATHAN
MCDONALD

-2-

-3-

E-FILED  2018 JAN 25 1:49 PM POLK - CLERK OF DISTRICT COURT

_/s/ Matthew K. Gillespie_____
Thomas J. Miller, Attorney General of Iowa
Matthew K. Gillespie, Assistant Attorney General
Iowa Department of Justice
1305 E. Walnut St., Second Floor
Des Moines, IA 50319-0109
e: Matthew.Gillespie@ag.iowa.gov
t: (515) 281-4672
f: (515) 281-7219
ATTORNEYS FOR RESPONDENT

Copies to:

<table>
<tr><td colspan="2" align="center"><strong>PROOF OF SERVICE</strong></td></tr>
<tr><td colspan="2">The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on <strong>January 25, 2018</strong> by:</td></tr>
<tr><td>_X_ U.S. Mail</td><td>__ FAX</td></tr>
<tr><td>__ Hand Delivered</td><td>__ Overnight Courier</td></tr>
<tr><td>__ Federal Express</td><td>X Other: CM-ECF/EDMS</td></tr>
<tr><td colspan="2">Signature:__ /s/ Sarah E. Crane_____</td></tr>
</table>

Mr. Nathan McDonald (by mail)
923 SE Delaware Ave. Apt. A
Ankeny, IA 50021

Ms. Rachel Eick, RN, BSN (by mail)
Iowa Home Care
2500 West University Avenue
West Des Moines, IA 50625

Nicholas Mauro (by email)
Crawford & Mauro Law Firm
1701 Ruan Center
Des Moines Iowa 50309
mauro@crawfordlawfirm.com
ATTORNEY TO AMERIHEALTH CARITAS
IOWA

-3-

E-FILED  2018 JAN 25 1:49 PM POLK - CLERK OF DISTRICT COURT

 

**EXHIBIT**

**A**

January 24, 2018

Nathan McDonald
923 SE Delaware
APT A
Ankeny, IA 50021

Dear Nathan McDonald:

AmeriHealth Caritas Iowa has approved an additional 70 home health aide visits, for a total of 120 visits for dates of service 12/13/16 through 2/10/17.

If you have questions, please call 515-330-3825.

Sincerely,

Malinda Malcolm, BSN, RN
Utilization Management Appeal Supervisor

Cc: Iowa Home Care

You can have this information in other languages and formats at no charge to you. You can also have this interpreted over the phone in any language. Call Member Services 24 hours a day, 7 days a week at **1-855-332-2440**. For TTY, call **1-844-214-2471**.

Usted puede tener esta información en otros idiomas y formatos sin costo alguno para usted. También puede tener esto interpretado por teléfono en cualquier idioma. Llame a Servicios al Miembro al **1-855-332-2440** las 24 horas del día, los 7 días de la semana. Para TTY, llame al **1-844-214-2471**.

我們可以免費提供以其他語言和格式出版的這些資訊，也可以透過電話翻譯服務為您將這些資訊翻譯成其他語言。請致電 **1-855-332-2440** 與會員服務部聯絡，此電話每周七天每天24小時開放。需要TTY服務，請致電 **1-844-214-2471**。

我们可以免费提供以其他语言和格式出版的这些信息，也可以通过电话翻译服务为您将这些信息翻译成其他语言。请致电 **1-855-332-2440** 与会员服务部联系，此电话每周七天每天24小时开放。需要TTY服务，请致电 **1-844-214-2471**。

AmeriHealth Caritas Iowa
P.O. Box 1516
Des Moines, Iowa 50305

www.amerihealthcaritasia.com

E-FILED  2018 JAN 25 1:49 PM POLK - CLERK OF DISTRICT COURT

 

Iowa Home Care
2500 University Avenue
West Des Moines, IA 50325-8146

You can have this information in other languages and formats at no charge to you. You can also have this interpreted over the phone in any language. Call Member Services 24 hours a day, 7 days a week at 1-855-332-2440. For TTY, call 1-844-214-2471.

Usted puede tener esta información en otros idiomas y formatos sin costo alguno para usted. También puede tener esto interpretado por teléfono en cualquier idioma. Llame a Servicios al Miembro al 1-855-332-2440 las 24 horas del día, los 7 días de la semana. Para TTY, llame al 1-844-214-2471.

我們可以免費提供以其他語言和格式出版的這些資訊，也可以透過電話翻譯服務為您將這些資訊翻譯成其他語言。請致電 1-855-332-2440 與會員服務部聯絡，此電話每周七天每天24小時開放。需要TTY服務，請致電 1-844-214-2471。

我们可以免费提供以其他语言和格式出版的这些信息，也可以通过电话翻译服务为您将这些信息翻译成其他语言。请致电 1-855-332-2440 与会员服务部联系，此电话每周七天每天24小时开放。需要TTY服务，请致电 1-844-214-2471。

AmeriHealth Caritas Iowa
P.O. Box 1516
Des Moines, Iowa 50305

www.amerihealthcaritasia.com

E-FILED  2018 JAN 25 1:49 PM POLK - CLERK OF DISTRICT COURT

**Notice of Non-Discrimination**

AmeriHealth Caritas Iowa complies with applicable federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. AmeriHealth Caritas Iowa does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

AmeriHealth Caritas Iowa provides free aids and services to people with disabilities, such as qualified sign language interpreters and written information in other formats (large print, Braille, audio, accessible electronic formats, other formats). We provide free language services to people whose primary language is not English, such as qualified interpreters and information written in other languages.

If you need these services, contact AmeriHealth Caritas Iowa 24 hours a day, 7 days a week, at **1-855-332-2440**.

If you believe that AmeriHealth Caritas Iowa has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance with:

- AmeriHealth Caritas Iowa Grievances
  P.O. Box 7116, London, KY 40742
  **1-855-332-2440** (TDD/TTY: **1-844-214-2471**)

- You can also file a grievance by phone at **1-855-332-2440** (TTY: **1-844-214-2471**). If you need help filing a grievance, AmeriHealth Caritas Iowa Member Services is available to help you. You can contact Member Services 24 hours a day, 7 days a week, at **1-855-332-2440** (TTY: **1-844-214-2471**).

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at **https://ocrportal. hhs.gov/ocr/portal/lobby.jsf** or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201
**1-800-368- 1019** (TDD: **1-800-537-7697**)

Complaint forms are available at
**http://www.hhs.gov/ocr/office/file/index.html.**

Multi-language interpreter services

English: ATTENTION: If you speak English, language assistance services, at no cost, are available to you. Call **1-855-332-2440** (TTY: **1-844-214-2471**).

Spanish: ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al **1-855-332-2440** (TTY: **1-844-214-2471**).

Chinese Mandarin: 注意：如果您说中文普通话/国语，我们可为您提供免费语言援助服务。请致电 **1-855-332-2440** (TTY: **1-844-214-2471**)。

Chinese Cantonese: 注意：如果您使用粵語，您可以免費獲得語言援助服務。請致電 **1-855-332-2440** (TTY: **1-844-214-2471**)。

Vietnamese: CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số **1-855-332-2440** (TTY: **1-844-214-2471**).

Serbo-Croatian: PAŽNJA: Ako govorite srpsko-hrvatski, usluge jezičke pomoći dostupne su vam besplatno. Nazovite **1-855-332-2440** (TTY: **1-844-214-2471**).

German: ACHTUNG: Wenn Sie Deutsch sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Rufnummer: **1-855-332-2440** (TTY: **1-844-214-2471**).

Arabic:
ملحوظة: إذا كنت تتحدث اللغة العربية، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان. اتصل برقم **1-855-332-2440** (TTY: **1-844-214-2471**).

Laotian: ໂປດຊາບ: ຖ້າວ່າ ທ່ານເວົ້າພາສາ ລາວ, ການບໍລິການຊ່ວຍເຫຼືອດ້ານພາສາ, ໂດຍບໍ່ເສັຽຄ່າ, ແມ່ນມີພ້ອມໃຫ້ທ່ານ. ໂທຣ **1-855-332-2440** (TTY: **1-844-214-2471**).

Korean: 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. **1-855-332-2440** (TTY: **1-844-214-2471**) 번으로 전화해 주십시오.

Hindi: ध्यान दें: यदि आप हिंदी बोलते हैं तो आपके लिए मुफ्त में भाषा सहायता सेवाएं उपलब्ध हैं। **1-855-332-2440** (TTY: **1-844-214-2471**) पर कॉल करें।

French: ATTENTION : si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le **1-855-332-2440** (TTY: **1-844-214-2471**).

Pennsylvania Dutch: Wann du Deitsch schwetzscht, kannscht du mitaus Koschte ebber gricke, ass dihr helft mit die englisch Schprooch. Ruf selli Nummer uff: **1-855-332-2440** (TTY: **1-844-214-2471**).

Thai: โปรดทราบ: ถ้าคุณพูดภาษาไทยคุณสามารถใช้บริการช่วยเหลือทางภาษาได้ฟรี โทร **1-855-332-2440** (TTY: **1-844-214-2471**).

Tagalog: PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad. Tumawag sa **1-855-332-2440** (TTY: **1-844-214-2471**).

Karen:
ဟ်သူဉ်ဟ်သး– နမ့္ၢကတိၤ ကညီ ကျိၥ်အယိ. နမၤန္၁ၢ ကျိၥ်အတၢ်မၤ စၢၤလၢ တလၢၥ်ဘူၣ်လၢၥ်စ္ၤ နီတမံၤဘၣ်သ္ၣ်နူၣ်လီၤ. ကိး **1-855-332-2440** (TTY: **1-844-214-2471**).

Russian: ВНИМАНИЕ: Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода. Звоните **1-855-332-2440** (TTY: **1-844-214-2471**).





Iowa

**www.amerihealthcaritasia.com**