# Exhibit J

E-FILED  2018 FEB 21 1:36 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| NATHAN MCDONALD,<br><br>    Petitioner,<br><br>v.<br><br>IOWA DEPARTMENT OF<br>HUMAN SERVICES,<br><br>    Respondent. | Case No. CVCV054836<br><br>**DISMISSAL WITH PREJUDICE** |

COMES NOW Petitioner, Nathan McDonald, by and through his undersigned counsel, and dismisses this matter with prejudice.  Each party shall be responsible for its own costs and attorneys' fees.

/s/ Sarah E. Crane

| | |
|---|---|
| Sarah E. Crane | AT0010225 |
| Judith R. "Lynn" Böes | AT0001049 |
| Abhay M. Nadipuram | AT0011947 |

DAVIS, BROWN, KOEHN,
SHORS & ROBERTS, P.C.
215 10th Street, Suite 1300
Des Moines, IA  50309
Telephone: 515-246-7834
Facsimile: 515-471-7834
E-mail: SarahCrane@davisbrownlaw.com
        LynnBoes@davisbrownlaw.com
        AbhayNadipuram@davisbrownlaw.com

ATTORNEYS FOR PETITIONER NATHAN
MCDONALD

#2927773

-2-

E-FILED  2018 FEB 21 1:36 PM POLK - CLERK OF DISTRICT COURT

Copies to:

Thomas J. Miller, Attorney General of Iowa
Matthew K. Gillespie, Assistant Attorney General
Iowa Department of Justice
1305 E. Walnut St., Second Floor
Des Moines, IA 50319-0109
e: Matthew.Gillespie@ag.iowa.gov
t: (515) 281-4672
f: (515) 281-7219
ATTORNEYS FOR RESPONDENT

Mr. Nathan McDonald (by mail)
923 SE Delaware Ave. Apt. A
Ankeny, IA 50021

Ms. Rachel Eick, RN, BSN (by mail)
Iowa Home Care
2500 West University Avenue
West Des Moines, IA 50625

Nicholas Mauro (by mail)
Crawford & Mauro Law Firm
1701 Ruan Center
Des Moines Iowa 50309
mauro@crawfordlawfirm.com
ATTORNEY TO AMERIHEALTH CARITAS
IOWA

<div style="border:1px solid">

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on **February 21, 2018** by:

    _X_ U.S. Mail        __ FAX
    __ Hand Delivered    __ Overnight Courier
    __ Federal Express    X Other: CM-ECF/EDMS

Signature:__/s/ Sarah E. Crane_____

</div>

-2-