# Exhibit L

# Des Moines Register

INVESTIGATIONS

# An Iowa Medicaid patient who was denied care because he could be 'a little dirty' wins in the end

**Jason Clayworth** The Des Moines Register
Updated Feb. 9, 2018, 10:10 a.m. CT

A managed-care company whose doctor said it was acceptable for an Ankeny man with cerebral palsy to go a few days without being fully clean after a bowel movement has reversed a yearlong decision that denied him full care his doctors prescribed.

AmeriHealth Caritas in January 2017 cut Nathan McDonald's in-home medical service visits to five times a week rather than the twice-daily visits he had received since 2015 to help him live independently.

The assistance helps McDonald complete an array of daily tasks that includes bathing and dressing.

AmeriHealth said the level of care was not medically necessary.

Court records show AmeriHealth's denial was based largely on a review from one of its company doctors who had never seen McDonald.

Dr. Brian Morley compared McDonald's medical records against a medical assistance scoring system to determine the appropriate level of care, the records show.

McDonald was featured in a Jan. 14 Des Moines Register investigation into hundreds of appeals filed by Iowa Medicaid recipients following the state's move to privately manage the program in April 2016.

An online video of McDonald's story included audio of Morley, who testified in an administrative hearing last year that McDonald's inability to fully wipe himself after using

the bathroom wasn't a medical concern.

"People have bowel movements every day where they don't completely clean themselves, and we don't fuss over (them) too much," Morley testified. "... You know, I would allow him to be a little dirty for a couple of days."

## DHS director upholds denial

Iowa Department of Human Services Director Jerry Foxhoven upheld AmeriHealth's denial on Aug. 4  and said McDonald's claims of legal and constitutional errors lack merit.

Iowa Home Care, a company that provides much of McDonald's skilled nursing services, challenged the denial on McDonald's behalf. The company had continued to provide McDonald the higher level of care throughout the appeals process even though it wasn't getting paid for much of the work.

Just days before a Jan. 26 district court hearing, AmeriHealth reconsidered its decision and approved the remaining home health aide visits, court records show.

The Iowa Department of Human Services did not object to AmeriHealth's Jan. 24 reconsideration.

McDonald's condition and home situations have not changed since he was first denied the care a year ago, his attorneys said this week. Court records do not reflect the reasons AmeriHealth or Human Services reconsidered.

Despite the resolution, McDonald's case is not yet dismissed. A status report on McDonald's care is due late this month.

Foxhoven, through a department spokesman, declined to speak about the matter, saying the agency doesn't comment on pending litigation.

AmeriHealth said its company is prohibited from discussing the case, citing federal medical privacy guidelines.

AmeriHealth Spokesman Joshua Brett said the Register's representation of his company in a story last month that included McDonald did "not reflect our member-centric

approach to care." The company evaluates each case individually by a physician not involved in the original decision.

"While we are not going to comment on this specific case, we are committed to working with members and providers to resolve matters of concern as quickly and appropriately as possible," Brett said in response to questions about McDonald's case.

## 'Nobody wants to answer the tough questions'

AmeriHealth has since canceled its Medicaid contract with the state. However, its past decisions remained an issue because of the services provided to McDonald that had gone unpaid.

McDonald now has UnitedHealthcare as his Medicaid manager. There is no indication at this point that he will face future denials, said his attorney, Abhay Nadipuram, of the Davis Brown Law firm.

"Mr. McDonald hopes that he and other Iowans in his situation continue to receive the care they need," Nadipuram said.

Kimberly Weber, an executive of Iowa Home Care, said her company has challenged other Medicaid denial cases in district court at a cost of about $5,000 each.

Weber said her Medicaid clients have been wrongfully denied care in hundreds of cases. She estimates her company is owed more than $500,000 from the companies hired to manage Iowa's Medicaid program.

She contends the resolution in the McDonald case without accountability behind the reasons for the reconsideration is a disservice to the public.

"I'm zero pleased," Weber said. "This is about an issue that hundreds and hundreds of people face, and nobody wants to answer the tough questions."

## Medicaid leader pushing for change

A bill introduced this week by Rep. Dave Heaton, R-Mount Pleasant, would require reconsideration of assessments used to determine the level of care provided to

Medicaid recipients with intellectual disabilities if the person or their doctor disputed the private company findings.

House File 2264 would require an expedited first-level review be completed by the companies within 30 days. It also would require the companies maintain the service for at least six months if the Medicaid member prevails with the appeal.

The intent is to halt what some say is a continual cycle of appeals that has wrongfully denied Medicaid recipients care for more than a year in some cases, Heaton said.

The Register's investigation that included McDonald's story cited multiple cases in which administrative judges had ruled the appeals process had been botched.

"I'm just trying to get some credibility to this whole process," said Heaton, who is the House chairman of the Health Policy Oversight Committee, a group charged with oversight of the program's privatized management.

Iowa Medicaid Director Michael Randol on Feb. 7 told lawmakers that the department doesn't believe any legislation is necessary to alter or repair the privately managed program. The department is reviewing the appeals process.

And Foxhoven has recently given the management companies high marks for their work, despite public forums where dozens of speakers warned of illegal or unfair practices used by the companies to deny poor or disabled Iowans care.