# Exhibit N

**Appendix:  Alleged "False and Defamatory Statements"**

| Compl. | Episode Timecode | Statement | Defense(s) |
|---|---|---|---|
| ¶ 48(a) | 29:21-45 | Mr. Oliver:  "Look, financial damage is one thing.  But the most infuriating thing about MCOs is that, as with so many players in our for-profit healthcare system, they are incentivized to cut costs at the expense of necessary care.  Because MCOs get paid a set monthly amount per person, meaning they get a fixed rate, so their profit is whatever they don't spend on patients.  And you can probably see where this is going." | Of and Concerning<br><br>Opinion<br><br>Actual Malice |
| ¶ 48(b) | 29:45-53 | Mr. Oliver:  "In state after state, there've been heartbreaking stories of MCOs denying care and prioritizing cost savings over patients." | Opinion<br><br>Of and Concerning<br><br>Actual Malice |
| ¶ 48(c) | 29:58-30:29 | Mr. Oliver:  "And just to focus on Iowa, it transitioned to using MCOs to run its Medicaid program in 2016, and in just its first three years, there was a nearly 900% increase in members being illegally denied services or care and some of the cost cutting was absolutely enraging.  Like what happened with Louis Facenda, who has cerebral palsy and was living with his mother.  He needs a lot of care, which prior to the switch over, was provided by Medicaid.  But once an MCO got involved, he lost a lot of what he'd been getting, starting with his medications." | Of and Concerning<br><br>Opinion<br><br>Actual Malice |

| Compl. | Episode Timecode | Statement | Defense(s) |
|---|---|---|---|
| ¶ 48(d) | 30:29-50 | Mr. Facenda's mother: "It was a nightmare. It was literally a nightmare. What am I gonna do, I can't afford all that medication."<br><br>AJ+ journalist: "Also cut were his daily nurse visits, so for six weeks Louis went without the in-home bathing and diaper changing he'd had for years."<br><br>Mr. Facenda's mother: "He wasn't getting changed like he would normally get changed two or three times or more a day." | Of and Concerning<br><br>Actual Malice |
| ¶ 48(e) | 31:01-31:15 | Mr. Oliver: "Look that's obviously maddening. And it doesn't get any better when you hear a doctor at AmeriHealth, the MCO that took over in Iowa, explaining in a hearing about a similar patient, just what the corporate thinking was about the necessity of keeping people clean." | Fair Report Privilege<br><br>Opinion<br><br>Actual Malice |
| ¶ 48(f) | 31:15-27 | Dr. Morley: "People have bowel movements every day where they don't completely clean themselves, and we don't fuss over [them] too much. People are allowed to be dirty . . . You know, I would allow him to be a little dirty for a couple of days." | Fair Report Privilege<br><br>Actual Malice |
| ¶ 48(g) | 31:15-27 | | Fair Report Privilege<br><br>Actual Malice |

| Compl. | Episode Timecode | Statement | Defense(s) |
|---|---|---|---|
| ¶ 48(h) | 31:29-48 | Mr. Oliver: "Look, I'll be honest, when I first heard that, I thought that had to be taken out of context. There is no way a doctor, a licensed physician, would testify in a hearing that he thinks it's okay if people have shit on them for days. So, we got the full hearing, and I'm not gonna play it for you, I'm just gonna tell you: He said it, he meant it, and it made me want to punch a hole in the wall." | Fair Report Privilege<br><br>Opinion<br><br>Actual Malice |
| ¶ 48(i) | 31:48-32:06 | Mr. Oliver: "And just watch what happens when Louis and his mom were told about what that doctor just said."<br><br>* * *<br><br>Mr. Facenda's mother: "I would spit in his face, to be honest. Yeah, right Louis, you like to be clean. I think it's horrible. I don't have words for that." | Opinion<br><br>Actual Malice |
| ¶ 48(j) | 32:34-42 | Mr. Oliver: "And while, legally, I have to tell you, AmeriHealth eventually restored Louis's service, it is a disgrace it was even a fight to begin with." | Opinion<br><br>Of and Concerning<br><br>Actual Malice |

3