UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BRIAN MORLEY,

Plaintiff(s)

- v -

JOHN OLIVER and PARTIALLY IMPORTANT PRODUCTIONS, LLC,

Defendant(s)
_____

**RULE 7.1 STATEMENT**

25-cv-2563-RA
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

John Oliver and Partially Important Productions, LLC ("PIP")

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

PIP is a single-member LLC. Avalon Television, Inc. is the sole member of PIP and ultimately a wholly owned subsidiary of Martinhoe Holdings, Ltd., a privately held company. To the best of PIP's knowledge, no publicly held company owns 10% or more of Martinhoe Holdings, Ltd.'s stock.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

John Oliver is a citizen of New York.

PIP's sole member, Avalon Television, Inc., is a citizen of California, where it is incorporated and where its principal place of business is located.

5/30/25
Date

/s/ Michael Berry
Signature of Attorney

4597308 (NY)
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022