June 9, 2025

**VIA ECF**

Honorable Ronnie Abrams
U.S. District Court for the
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

      Re:    *Morley v. Oliver, et al.* | Case No. 25-cv-2563 (RA)
               Joint Letter Motion to Set Briefing Schedule

Dear Honorable Judge Abrams:

      Further to the case management conference held on May 30, 2025, the parties hereby respectfully request that the Court set the following briefing schedule on Defendants' Motion to Dismiss [Dkt. 21-23].

      Plaintiff's present response deadline to the Motion to Dismiss is Friday, June 13, 2025, and Defendants' reply deadline seven days thereafter. Given the scope of the issues addressed in the motion, the parties jointly request that Plaintiff's deadline to file a response to the Motion to Dismiss be extended to and include Monday, June 30, 2025, and that Defendants' reply deadline be extended to and include Monday, July 21, 2025.

      Additionally, pursuant to Rule 4C. of the Court's Individual Rules & Practices in Civil Cases, Plaintiff hereby advises the Court and Defendants of his intent to rely on his original Complaint rather than amending his Complaint in response to the Motion to Dismiss.

      Thank you for your consideration.

      Sincerely,

| | |
|---|---|
| /s/ G. Taylor Wilson | /s/ Michael Berry |
| G. Taylor Wilson (*pro hac vice*) | Michael Berry |
| GA Bar No. 460781 | Elizabeth Seidlin-Bernstein |
| twilson@wgwlawfirm.com | |
| Nicole Jennings Wade (*pro hac vice*) | **BALLARD SPAHR LLP** |
| Georgia Bar No. 390922 | 1735 Market Street, 51st Floor |
| nwade@wgwlawfirm.com | Philadelphia, PA 19103 |
| Jonathan D. Grunberg (*pro hac vice*) | Tel: (215) 665-8500 |
| Georgia Bar No. 869318 | Fax: (215) 864-8999 |
| jgrunberg@wgwlawfirm.com | berrym@ballardspahr.com |
| | seidline@ballardspahr.com |

**WADE, GRUNBERG & WILSON, LLC**
729 Piedmont Ave. NE
Atlanta, Georgia 30308
404-600-1153
470-970-4303 (fax)

**FIRESTONE GREENBERGER PLLC**

Jordan Greenberger (JG-0316)
104 West 40th Street, 4th Floor
New York, NY 10018
212-597-2255
jg@firegreenlaw.com

*Counsel for Plaintiff Dr. Brian Morley*

Sasha Dudding (application pending)
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
duddings@ballardspahr.com

*Attorneys for Defendants John Oliver and Partially Important Productions, LLC*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 9, 2025