UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN MORLEY,<br><br>                     Plaintiff,<br><br>          v.<br><br>JOHN OLIVER and PARTIALLY IMPORTANT PRODUCTIONS, LLC,<br><br>                     Defendants. | 25-CV-2563<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      Defendants John Oliver and Partially Important Productions, LLC have filed a motion to dismiss Plaintiff Brian Morley's Complaint. Dkt. 21. Oral argument will be held on March 9, 2026 at 12:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    January 21, 2026
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge