**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 BRIAN MORLEY,

                               Plaintiff,

        -against-                                     25 **CIVIL** 2563 (RA)

                                                     __JUDGMENT__

JOHN OLIVER and PARTIALLY IMPORTANT
PRODUCTIONS, LLC,

                               Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 02, 2026, this action is dismissed, as is

Defendants' motion for fees; accordingly, the case is closed.

**Dated:** New York, New York

      June 3, 2026

                                           **TAMMI M. HELLWIG**

                                              **Clerk of Court**

                       **BY:**

                                           **Deputy Clerk**